# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-284** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **JOSE RODRIQUEZ** | : | |

## **O R D E R**

AND NOW, this 2nd day of September 2010, upon consideration of the government's Motion (Doc. 129) to Dismiss Indictment Pursuant to Fed.R.Crim.P. 48(a), it is hereby ORDERED that said Motion is GRANTED. The Indictment filed September 16, 2009 and docketed to 1:CR-09-284 is, as to this defendant, hereby DISMISSED.

                                                                                          S/ Christopher C. Conner
                                                                                         CHRISTOPHER C. CONNER
                                                                                         United States District Judge